UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                Plaintiff,

- against -

CLEAR BLUE INSURANCE COMPANY,

                Defendant.

**ORDER**

21 Civ. 4721 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ordered that the following schedule will apply to Plaintiff's motion for partial summary judgment:

    1. Plaintiff's motion is due on **May 2, 2022**;

    2. Defendant's opposition is due on **May 23, 2022**; and

    3. Plaintiff's reply, if any, is due on **May 30, 2022**.

The conference currently scheduled for April 14, 2022 is adjourned sine die. The Clerk of Court is directed to terminate the motion. (Dkt. No. 32)

Dated: New York, New York
       April 11, 2022

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge