# USERY & ASSOCIATES

LISA SZCZEPANSKI, ESQ.
Admitted in NY

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104

Direct Dial: (917) 778-6763
E-Mail: lszczepa@travelers.com

Tel.: (917) 778-6680
Fax: (844) 571-3789

November 15, 2024

<u>**Via ECF**</u>
Hon. Paul G. Gardephe, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Sq., Rm. 2104
New York, NY 10007

  Re: *Travelers Property Casualty Company of America v. Clear Blue Insurance Company*
    Case No. 1:21-cv-04721-PGG

Dear Judge Gardephe:

  This office represents Plaintiff, Travelers Property Casualty Company of America, in connection with the above-referenced action. We submit this letter jointly with counsel for Defendant, Clear Blue Insurance Company, pursuant to the to the Court's Memo Endorsement dated September 20, 2024 (ECF No. 38).

  Earlier today, the parties reached a settlement in principle regarding the amount of past defense fees to be reimbursed. The parties are working to reduce their settlement to writing and anticipate that this action will be dismissed voluntarily once that is complete. In light of the foregoing, the parties respectfully request that the Court allow the parties 45 days to finalize the settlement and file an appropriate stipulation of dismissal.

  Your Honor's attention and consideration are appreciated.

           Respectfully submitted,

           /s/Lisa Szczepanski
           Lisa Szczepanski
           Usery & Associates
           *Attorneys for The Travelers Indemnity Company*

           /s/Sherri N. Pavloff
           Sherri N. Pavloff
           Stonberg, Hickman & Pavloff LLP
           *Attorneys for Clear Blue Insurance Company*

*Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

**GLENDALE, CA • RANCHO CORDOVA, CA • SAN DIEGO, CA • WALNUT CREEK, CA • HARTFORD, CT
MELVILLE, NY • NEW YORK, NY • BLUE BELL, PA • HOUSTON, TX • RICHARDSON, TX**