UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>CLEAR BLUE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:21-cv-04721-PGG<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties who have appeared in this action, that all remaining claims in this action are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs of this litigation or attorneys' fees assessed for or against any party.

| USERY & ASSOCIATES | STONBERG, HICKMAN & PAVLOFF, LLP |
|---|---|
| By: Lisa Szczepanski | By: Sherri N. Pavloff |
| *Attorneys for Travelers Property Casualty Company of America* | *Attorneys for Clear Blue Insurance Company* |
| <u>Mailing Address</u>: | 505 Eighth Ave., Ste. 2302. |
| P.O. Box 2996 | New York, NY 10018 |
| Hartford, CT 06104 | T. (212) 231-2220 |
| T. (917) 778-6680 | F. (646) 349-3528 |
| F. (844) 571-3789 | E. <u>sherri.pavloff@shplawyers.com</u> |
| E. <u>lszczepa@travelers.com</u> | |